# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JANICE TEHIE : | |
| : | CIVIL ACTION NO.: 17-3504 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CHILDREN'S LITERACY INITIATIVE : | |
| : | |
| Defendant. : | |

---

## JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT

Plaintiff Janice Tehie and Defendant Children's Literacy Initiative, by and through their undersigned attorneys, having reached a preliminary resolution of the claims of Plaintiff under the Fair Labor Standards Act, the Pennsylvania Minimum Wage Act, and the Americans with Disabilities Act, hereby move before this Honorable Court for an Order approving the proposed Settlement Agreement.[1]  The Parties' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

*[Remainder of page intentionally left blank.*
*Signature page to follow.]*

---

[1] In the interest of confidentiality, the Parties have submitted a copy of the parties' proposed Settlement Agreement to the Court for *in camera* review.

2

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Murphy* | */s Padraig Flanagan (with perm.)* |
| Michael Murphy, Esq. | Padraig Flanagan, Esq. |
| Michael Groh, Esq. | Florio Perrucci Steinhardt & Fader, LLC |
| Murphy Law Group, LLC | 235 Broubalow Way |
| Eight Penn Center, Suite 2000 | Phillipsburg, NJ 08865 |
| 1628 John F. Kennedy Blvd. | TEL: 908-454-8300 |
| Philadelphia, PA 19103 | pflanagan@fpsflawfirm.com |
| TEL: 267-273-1054 | |
| murphy@phillyemploymentlawyer.com | *Attorney for Defendant* |

*Attorneys for Plaintiff*

Dated: December 22, 2017            Dated: December 22, 2017

## **CERTIFICATE OF SERVICE**

I, Michael Murphy, Esquire, hereby certify that on December 22, 2017, I caused a true and correct copy of the foregoing to be filed via ECF, which will send notification of such filing to the following counsel:

Padraig P. Flanagan
Florio Perrucci Steinhardt & Fader LLC
235 Broubalow Way
Phillipsburg, NJ 08865
908-454-8300
pflanagan@fpsflawfirm.com
Attorney for Defendant

            */s/ Michael Murphy*
            Michael Murphy, Esq.

Dated: December 22, 2017