# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE TEHIE : | |
| : | CIVIL ACTION NO.: 17-3504 |
| Plaintiff, : | |
| v. : | |
| CHILDREN'S LITERACY INITIATIVE : | |
| Defendant. : | |

## ORDER

**AND NOW**, this ____ day of December 2017, upon considering the parties' Joint Motion to Approve a confidential settlement agreement which resolves claims under the Fair Labor Standards Act and finding the settlement agreement is a fair and reasonable settlement of a *bona fide* dispute in which there would be some doubt as to whether the Plaintiff would succeed on the merits at trial, and noting that the confidentiality provision of the agreement does not contain a material default provision allowing the employer to retaliate, it is **ORDERED** the Joint Motion (ECF Do. No. _____) is **GRANTED:**

1. The settlement is **approved** as a fair and reasonable settlement of a *bona fide* dispute; and

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**